IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 21-60772

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

THE STATE OF MISSISSIPPI,

Defendant-Appellant

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

_____

UNITED STATES' MOTION FOR LEAVE TO FILE A LETTER UNDER
FEDERAL RULE OF APPELLATE PROCEDURE 28(J) OF NO MORE THAN
1000 WORDS

_____

The United States respectfully moves, pursuant to Federal Rule of Appellate

Procedure 27, for leave to file a letter under a Federal Rule of Appellate Procedure

28(j) of no more than 1000 words.  The reasons for this motion are set forth below.

1.  On October 5, 2022, this Court heard oral argument in this case.

2.  During argument, the panel asked several questions seeking additional

information about the United States' enforcement practices regarding litigation

against States for violation of the integration mandate of Title II of the Americans

with Disabilities Act of 1990 and its implementing regulations. As a follow-up to those questions, the panel also asked about the need for injunctive relief when Mississippi allegedly had come into compliance with Title II during the period since the district court issued its liability determination in 2019. Additionally, undersigned counsel committed to furnish certain case citations.

3. During the argument, the panel requested that the United States respond in a Rule 28(j) letter. The United States, in the letter filed with this motion, endeavors to provide complete (though brief) responses to the panel's requests for information and clarifies the record with respect to whether the district court found that Mississippi's community services are now in compliance with Title II. The letter also provides the case citations. The United States' response necessarily exceeds the normal word limit of a letter filed under Rule 28(j).

4. Accordingly, the United States seeks leave to file a letter of no more than 1000 words.

5. Defendant-appellant provided its position on this motion as follows: "The State cannot take a position on the federal government's motion until the State has reviewed the motion, reviewed the federal government's letter, and assessed whether the letter is responsive to the Court's directions at oral argument. The State reserves the right to file a response to the United States' submission."

WHEREFORE, the United States respectfully requests that this Court grant its motion for leave to file a Federal Rule of Appellate Procedure 28(j) letter of no more than 1000 words.

Respectfully submitted,

KRISTEN CLARKE
 Assistant Attorney General

s/ Anna M. Baldwin
BONNIE I. ROBIN-VERGEER
ANNA M. BALDWIN
 Attorneys
 U.S. Department of Justice
 Civil Rights Division
 Appellate Section
 Ben Franklin Station
 P.O. Box 14403
 Washington, D.C.  20044-4403
 (202) 305-4278

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing UNITED STATES' MOTION FOR LEAVE TO FILE A LETTER UNDER FEDERAL RULE OF APPELLATE PROCEDURE 28(J) OF NO MORE THAN 1000 WORDS with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.  I certify that all parties in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ Anna M. Baldwin
ANNA M. BALDWIN
 Attorney

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation imposed by Federal Rules of Appellate Procedure 27(d)(2)(A) and 32(c)(1) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 340 words.  This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 2019 in Times New Roman, 14-point font.

s/ Anna M. Baldwin
ANNA M. BALDWIN
 Attorney

Date:  October 17, 2022